AO 472 (Rev. 3/86) Order of Detention Pending Trial

# United States District Court
DISTRICT OF KANSAS

UNITED STATES OF AMERICA
v.                              **ORDER OF DETENTION PENDING TRIAL**

    BRANDEN SCOTT WALKER            Case Number: 06-20048-03-CM-DJW
*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**Part I - Findings of Fact**

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f) (1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings (A)**

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____
  ☐ under 18 U.S.C. § 924(c).

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**Alternative Findings (B)**

☒ (1) There is a serious risk that the defendant will not appear.
☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

**Part II - Written Statement of Reasons for Detention**

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that

(See attached pages)

**Part III - Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: May 10, 2006                    s/ David J. Waxse
                                       *Signature of Judicial Officer*

                                       DAVID J. WAXSE, U.S. MAGISTRATE JUDGE

*Name and Title of Judicial Officer*

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

U.S.A. v. Branden Scott Walker
Criminal Action 06-20048-03-CM-DJW

## Part II - Written Statement of Reasons for Detention

There are a series of factors I have to consider.

Obviously you have the same initial charge, so you have the ten year problem that is a negative factor.

The weight of the evidence in your case is a problem because you are named in five of the twenty-one counts.

Your physical and mental condition and family ties appear to be positive based on the Pretrial Services Report and the evidence that has been proffered.

The employment situation is not good because it does not appear that you have ever worked on a full-time basis for an extended period of time; it is sporadic employment.

The next factor is your financial resources. It does not appear you have substantial resources that would enable you to flee.

Length of residence in the community and your community ties are positive.

Your past conduct, which includes history relating to drug or alcohol abuse, criminal history, and record concerning appearance is a substantial problem. You have situations where you have violated the law and where you have been accused of violating the law without an indication of the outcome.

The next factor is whether at the time of the current offense or arrest you were on probation or parole. It does appear that some of these charges extend to when you were on probation in early 2005, but it is not absolutely clear.

The final factor is the nature and seriousness of the danger to community. There is no violence here, but there is a large number of counts relating to distribution of drugs, so that is a problem.

Another problem is that if I release you, I am telling you to do certain things. Obviously it is

3

bothersome to the Court when an officer says "stop", and you take off running. That is not a good indication that you are going to do what I tell you to do with any conditions.

Looking at all of these factors together, I do not have enough confidence that I can draft conditions that will ensure your appearance or the safety of the community, so you will remain detained.