# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

    **Plaintiff,**

**v.**                                                       **Case No. 06-20048-03-JWL**

**Branden Scott Walker,**

    **Defendant.**

## **MEMORANDUM AND ORDER**

Defendant was released from federal custody in early 2014. Asserting a desire to join the military, defendant now seeks a copy of his Presentence Investigation Report (PSR) (doc. 604) in an effort to secure a felony waiver. The motion is denied. Defendant's PSR was sealed at the time of sentencing and remains sealed. Defendant's PSR, then, is deemed a confidential court document and even a defendant who is the subject of the report has limited access to the report after the time for the appeal has passed.

However, whatever information is contained in the PSR that might be relevant to securing a felony waiver can very likely be obtained from other sources more readily available to defendant. Toward that end, the court will forward a copy of this order to the United States Probation Office and request that the office follow up with defendant by mail to explore an alternative way to provide defendant the information he requires.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion to release a PSR copy (doc. 604) is denied.

**IT IS FURTHER ORDERED BY THE COURT THAT** the Clerk of the Court shall forward a copy of this memorandum and order to the United States Probation Office for purposes of following up with defendant by mail.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2023, at Kansas City, Kansas.

s/John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge
